## WILLIAM M. TELLER, RESPONDENT, v. JACOB G. SANDERS, APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury, and from an order denying a motion for a new trial, made upon the minutes of the court.

A new trial was asked, on the grounds that the verdict was against the evidence, and that the damages awarded were excessive.

The General Term *held,* that there was sufficient evidence to sustain the verdict, and denied the motion.

*S. W. Jackson,* for the appellant.

*E. W. Paige,* for the respondent.

Opinion by BOARDMAN, J.

MILLER, P. J., and BOCKES, J., concurred.

Judgment and order affirmed.